UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WINDHAM,<br><br>            Plaintiff,<br><br>     v.<br><br>PATRICK COVELLO, *et al.*,<br><br>            Defendants. | Case No.  2:22-cv-01931-TLN-JDP (PC)<br><br>ORDER |

On December 21, 2022, I screened plaintiff's complaint and notified him that his claims were not cognizable.  ECF No. 12.  I granted him thirty days to file either an amended complaint or an advisement indicating his intent to stand by his current complaint, subject to a recommendation that it be dismissed.  To date, plaintiff has not responded.

To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv*., 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Plaintiff will be given a chance to explain why the court should not dismiss the case based

1

on his failure to file either an amended complaint or an advisement of intent to stand by the current complaint. Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders. Should plaintiff wish to continue with this lawsuit, he shall file, within twenty-one days, an amended complaint or advisement of his intent to stand by his current complaint.

IT IS SO ORDERED.

Dated:    June 15, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE